UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MANUEL ARMANDO ARPI-BARVECHA, ) ) ) Petitioner, ) ) v. ) ) KIRSTJEN NIELSON, et al., ) ) Respondents. ) | Case No.: 4:18-cv-1017-MHH-SGC |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on February 12, 2020, recommending the respondents' motion to dismiss be granted based on the petitioner's January 28, 2020 removal to Ecuador. (Doc. 14). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received objections.

Having reviewed and considered the materials in the court record, including the habeas petition, the report and recommendation, and the declaration attached to the respondents' motion to dismiss, the Court adopts the magistrate judge's report and accepts her recommendation. Accordingly, by separate order, the Court will dismiss this matter as moot.

**DONE** this 9th day of March, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE